THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN G. MALER, Appellant.

Submitted December 3, 1948; decided January 13, 1949.

*Clinton P. Sheehy* for appellant.

*James N. Gehrig, District Attorney* (*Philip Huntington* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.